IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PAIGE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 06-087-SLR |
| ) | |
| MBNA AMERICA BANK NA, WILLIAM ) | |
| CHRISTIE, BRETT SMITH, DAVE DIZIO, ) | |
| JOHNNI CHURCHMAN, and STEPHANIE ) | |
| SOER, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This _____ day of _____, 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.  **Pre-Discovery Disclosures**. The parties will exchange by March 31, 2006 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.  **Discovery**.

    (a) Discovery will be needed on the following subjects: Liability, including but not limited to plaintiff's work history, job performance, attendance, illnesses, relationships with subordinates, peers and supervisors; damages, including but not limited to medical and financial loss claims.

      (b)    All discovery shall be commenced in time to be completed by October 27, 2006.

      (c)    Maximum of 25 interrogatories by each party to any other party.

      (d)    Maximum of 25 requests for admission by each party to any other party.

      (e)    Maximum of 10 depositions by plaintiff and 10 by defendant.

      (f)    Each deposition limited to a maximum of 8 hours unless extended by agreement of parties.

      (g)    Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by December 1, 2006. Rebuttal expert reports due by January 15, 2007.

      (h)    **Discovery Disputes**.  Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37.  During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.    **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before March 31, 2006.

4.    **Settlement Conference.**  Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.    **Summary Judgment Motions**. All summary judgment motions shall be served and filed with an opening brief on or before January 26, 2007. Briefing shall be pursuant to D.

3

Del. LR 7.1.2.  No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6.      **Applications by Motion**.  Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D.Del. LR 7.1.1.**

7.      **Motions in Limine**.  All motions in limine shall be filed on or before **[two weeks before pretrial conference]**.  All responses to said motions shall be filed on or before **[one week before pretrial conference]**.

8.      **Pretrial Conference**.  A pretrial conference will be held on _____at _____ _m. in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.      **Trial**. This matter is scheduled for a **[day/week]** bench/jury trial commencing on _____ in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on **Monday, March 6, 2006**, I electronically filed a true and correct copy of foregoing **Order** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Adrian J. Moody, Esquire (Pa. No. 35361)
    Stacy L. Shields, Esquire (Pa. No. 71839)
    LAW OFFICES OF ADRIAN J. MOODY, P.C.
    1616 Walnut Street - Suite 700
    Philadelphia, PA 19103
    (215) 735-2400
    ajmoody@bellatlantic.net

I further certify that on **March 6, 2006**, I caused a copy of the foregoing **Order** to be served by United States First Class mail upon the following counsel of record:

    Adrian J. Moody, Esquire (Pa. No. 35361)
    Stacy L. Shields, Esquire (Pa. No. 71839)
    LAW OFFICES OF ADRIAN J. MOODY, P.C.
    1616 Walnut Street - Suite 700
    Philadelphia, PA 19103
    (215) 735-2400
    ajmoody@bellatlantic.net
    Attorney for Plaintiff

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Sheldon N. Sandler
    _____
    Sheldon N. Sandler, Esquire (No. 0245)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6673
    Facsimile: (302) 576-3330
    Email: ssandler@ycst.com
    Attorneys for Defendant

Dated: March 6, 2006