# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RUSSELL PAIGE SMITH** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO: 06-087-SLR |
| : | |
| v. : | |
| : | |
| **MBNA AMERICA BANK, NA,** : | |
| **WILLIAM CHRISTIE, BRETT SMITH,** : | |
| **DAVE DIZIO, JOHNNI CHURCHMAN,** : | |
| **AND, STEPHANIE SOER** : | |
| : | |
| Defendants : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certification, Counsel moves the Admission *Pro Hac Vice* of Stacy L. Shields, Esquire to represent Russell Paige Smith in this matter.

(ID# 4254)

for:

_____
Arthur Krawitz, Esquire- Attorney Identification # 2440
1202 Kirkwood Highway
Wilmington DE 19805-5329
302-998-0100
Date: 3/27/06

## ORDER GRANTING MOTION

AND NOW this _____ day of _____, 2006 it is hereby

ORDERED and DECREED that Counsel's Motion for Admission *Pro Hac Vice* is

GRANTED.

BY THE COURT:

_____
J.

Date: _____

1

# CERTIFICATION BY COUNSEL TO BE ADMITTED *Pro Hac Vice*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am a practicing attorney in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's local Rules.

In accordance with the standing Order for District Court, filed effective January 1, 2005, certify that the Twenty Five ($25.00) Dollar fee required will be submitted to the Clerk's Office upon the filing of this Motion.

**THE LAW OFFICE OF ADRIAN J. MOODY, P.C.**

BY: _____
Stacy L. Shields, Esquire
Attorney for Plaintiff, Russell Paige Smith
1616 Walnut Street, Suite #700
Philadelphia, PA. 19103-5307
(215) 735-2400

Date: 3/22/06