IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PAIGE SMITH, | : |
| Plaintiff, | : C.A. No.: 06-087 SLR |
| | : |
| v. | : |
| | : |
| MBNA AMERICA BANK, NA, WILLIAM CHRISTIE, BRETT SMITH, DAVE DIZIO, JOHNNI CHURCHMAN, AND STEPHANIE SOER, | : |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __31st__ day of, __March____ 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Admissions Pro Hac Vice of Adrian Moody, Esq. and Stacy Shields, Esq.

PERSON:

Sheldon N. Sandler, Esq.
YOUNG, CONWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Building, 17th Floor
Wilmington, DE 19899-0391

Doroshow, Pasquale,
Krawitz, & Bhaya 1202
Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ (2440)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorney for Plaintiff