IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PAIGE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-087-SLR |
| ) | |
| MBNA AMERICA BANK NA, WILLIAM ) | |
| CHRISTIE, BRETT SMITH, DAVE DIZIO, ) | |
| JOHNNI CHURCHMAN, and STEPHANIE ) | |
| SOER, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, Esquire, hereby certify that on April 5, 2006, copies of **Defendants' First Set of Interrogatories Directed to Plaintiff** were served by United States First Class mail upon the following counsel of record:

Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, DE  19805

Adrian J. Moody, Esquire
Stacy L. Shields, Esquire
Law Offices of Adrian J. Moody, P.C.
1616 Walnut Street, Suite 700
Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673, 571-5008
Facsimile: (302) 576-3330, 576-3476
Email:  ssandler@ycst.com, mdibianca@ycst.com
Attorneys for Defendants

Dated:  April 5, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 5, 2006**, I electronically filed a true and correct copy of foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Arthur M. Krawitz, Esquire
> Doroshow, Pasquale, Krawitz, Siegel & Bhaya
> 1202 Kirkwood Highway
> Wilmington, DE  19805

I further certify that on **April 5, 2006**, I caused a copy of the foregoing **Notice of Service** to be served by United States First Class mail upon the following counsel of record:

> Adrian J. Moody, Esquire
> Stacy L. Shields, Esquire
> Law Offices of Adrian J. Moody, P.C.
> 1616 Walnut Street, Suite 700
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Sheldon N. Sandler
> _____
> Sheldon N. Sandler, Esquire (No. 0245)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  19899-0391
> Telephone: (302) 571-6673
> Facsimile: (302) 576-3330
> Email:  ssandler@ycst.com
> Attorneys for Defendants

Dated:   April 5, 2006