IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PAIGE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-087-SLR |
| ) | |
| MBNA AMERICA BANK NA, WILLIAM ) | |
| CHRISTIE, BRETT SMITH, DAVE DIZIO, ) | |
| JOHNNI CHURCHMAN, and STEPHANIE ) | |
| SOER, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, Esquire, hereby certify that on April 5, 2006, copies of **Defendants' First Request for Production of Documents Directed to Plaintiff** were served by United States First Class mail upon the following counsel of record:

| | |
|---|---|
| Arthur M. Krawitz, Esquire | Adrian J. Moody, Esquire |
| Doroshow, Pasquale, Krawitz, Siegel & Bhaya | Stacy L. Shields, Esquire |
| 1202 Kirkwood Highway | Law Offices of Adrian J. Moody, P.C. |
| Wilmington, DE  19805 | 1616 Walnut Street, Suite 700 |
| | Philadelphia, PA 19103 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673, 571-5008
Facsimile: (302) 576-3330, 576-3476
Email:  ssandler@ycst.com, mdibianca@ycst.com
Attorneys for Defendants

Dated:  April 5, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 5, 2006**, I electronically filed a true and correct copy of foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Arthur M. Krawitz, Esquire
>Doroshow, Pasquale, Krawitz, Siegel & Bhaya
>1202 Kirkwood Highway
>Wilmington, DE  19805

I further certify that on **April 5, 2006**, I caused a copy of the foregoing **Notice of Service** to be served by United States First Class mail upon the following counsel of record:

>Adrian J. Moody, Esquire
>Stacy L. Shields, Esquire
>Law Offices of Adrian J. Moody, P.C.
>1616 Walnut Street, Suite 700
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Sheldon N. Sandler
>_____
>Sheldon N. Sandler, Esquire (No. 0245)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email:  ssandler@ycst.com
>Attorneys for Defendants

Dated:   April 5, 2006