IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PAIGE SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-87-SLR |
| MBNA AMERICA BANK N.A., WILLIAM CHRISTIE, BRETT SMITH, DAVE DIZIO, JOHNNI CHURCHMAN, and STEPHANIE SOER, | : |
| Defendants. | : |

### ORDER

At Wilmington this **31st** day of **May, 2006**.

IT IS ORDERED that counsel and the parties are advised that this matter is second in line for mediation for **Friday, August 11, 2006** and second in line for mediation for **Monday, August 15, 2006.** The Court will know by July 28, 2006 if either date is available. If either of the dates becomes available, submissions of the parties shall be due on or before **Wednesday, August 2, 2006.**

This matter is also in line for the dates of **August 22 through August 24, 2006**, should the earlier August dates not become available. If the matter is held on the later August dates, then the submissions of the parties shall be due on or before **August 14, 2006.**

**COUNSEL ARE DIRECTED TO THE COURT'S WEBSITE FOR FURTHER INFORMATION REGARDING THE CONTENTS OF THE MEDIATION SUBMISSIONS.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE