IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PAIGE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-087-SLR |
| ) | |
| MBNA AMERICA BANK NA, WILLIAM ) | |
| CHRISTIE, BRETT SMITH, DAVE DIZIO, ) | |
| JOHNNI CHURCHMAN, and STEPHANIE ) | |
| SOER, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on August 15, 2006, copies of **Defendants' Answers to Plaintiff's First Set of Interrogatories** and **Defendants' Response to Plaintiff's First Request for Production of Documents** were served by United States First Class mail upon the following counsel of record:

Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Adrian J. Moody, Esquire
Stacy L. Shields, Esquire
Law Offices of Adrian J. Moody, P.C.
1616 Walnut Street, Suite 700
Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673, 571-5008
Facsimile: (302) 576-3330, 576-3476
Email: ssandler@ycst.com, mdibianca@ycst.com
Attorneys for Defendants

Dated: August 15, 2006