## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PAIGE SMITH, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 06-87-SLR |
| MBNA AMERICA BANK N.A., WILLIAM CHRISTIE, BRETT SMITH, DAVE DIZIO, JOHNNI CHURCHMAN, and STEPHANIE SOER, | : |
|         Defendants. | : |

### ORDER

At Wilmington this **7th** day of **December, 2006**,

IT IS ORDERED that the mediation conference statements for the mediation in the above matter due on or before Friday, December 29, 2006 shall now be **due on or before Thursday, December 21, 2006** and shall be **delivered to the Clerk's Office by no later than 12:00 Noon**. All other provisions of the Court's June 29, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                    /s/ Mary Pat Thynge
                                                  UNITED STATES MAGISTRATE JUDGE