IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PAIGE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-087-SLR |
| | ) |
| MBNA AMERICA BANK NA, WILLIAM CHRISTIE, BRETT SMITH, DAVE DIZIO, JOHNNI CHURCHMAN, and STEPHANIE SOER, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## **STIPULATION OF DISMISSAL**

THE PARTIES HERETO STIPULATE AND AGREE that this action is hereby dismissed with prejudice, with each party to bear his, her or its own costs and attorneys' fees.

/s/    Matthew R. Fogg
Matthew R. Fogg, Esquire  (No. 2440)
DOROSHOW, PASQUALE, KRAWITZ, SIEGEL & BHAYA
1202 Kirkwood Highway
Wilmington, DE  19805
Telephone: (302) 998-0100
Facsimile:  (302) 998-9114
Email:  mattfogg@dplaw.com

/s/    Adrian J. Moody
Adrian J. Moody, Esquire (Pa. No. 35361)
Stacy L. Shields, Esquire (Pa. No. 71839)
LAW OFFICES OF ADRIAN J. MOODY, P.C.
1616 Walnut Street - Suite 700
Philadelphia, PA 19103
Telephone:  (215) 735-2400
Email:  ajmoody@bellatlantic.net
Attorneys for Plaintiff

        /s/ Sheldon N. Sandler
Sheldon N. Sandler (DE. #245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendants

DATED: March 14, 2007